FILED
JANUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY GERSTETTER, as parent and next friend of SAMANTHA GERSTETTER-MENZYK, a minor, and STACY GERSTETTER, individually,<br><br>   Plaintiff,<br><br>  v.<br><br>SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., a corporation d/b/a ST. JAMES HOSPITAL, & HEALTH CENTER, JOEY ROTTMAN, D.O. and EMMANUEL JAVATE, M.D.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. Formerly Case No.<br>2007 L 008955<br><br>**08 C 432**<br><br>**JUDGE BUCKLO**<br>**MAGISTRATE JUDGE SCHENKIER** |

NOTICE OF FILING

PLEASE TAKE NOTICE THAT on January 18, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, a NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF THE UNITED STATES AS DEFENDANT.

      Respectfully submitted,

      PATRICK J. FITZGERALD
      United States Attorney

By: s/Jack Donatelli
   JACK DONATELLI
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, IL 60604
   (312) 353-4220
   Jack.donatelli@usdoj.gov

## CERTIFICATE OF SERVICE

Jack Donatelli hereby certifies that on January 22, 2008, he caused a copy of:

NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT

to be placed in a postage-paid envelope addressed to the following and deposited in the United States mail in the United States Courthouse, Chicago, Illinois.

To: Clerk of the Court
Circuit Court of Cook County
Richard J. Daley Center, Room 801
50 West Washington Street
Chicago, Illinois 60602

Helper Broom
150 North Wacker, Suite 3100
Chicago, IL, 60606
Attorney for defendant Sisters of St. Francis
Health Services

Robert D. Kreisman
55 West Monroe Street, Suite 3720
Chicago, IL 60603
Attorney for plaintiff

s/ JACK DONATELLI
Assistant United States Attorney