**FILED**
**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 432**

| | | |
|---|---|---|
| STACY GERSTETTER, as parent and next friend of SAMANTHA GERSTETTER-MENZYK, a minor and STACY GERSTETTER, individually, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. |
| v. | ) ) | |
| SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., a corporation d/b/a ST. JAMES HOSPITAL, & HEALTH CENTER, JOEY ROTTMAN, D.O. and EMMANUEL JAVATE, M.D., | ) ) ) ) ) ) | Judge |
| Defendants. | ) | |

**JUDGE BUCKLO**
**MAGISTRATE JUDGE SCHENKIER**

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Jack Donatelli
　　JACK DONATELLI
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 353-4220
　　jack.donatelli@usdoj.gov