**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number: 08 C 432
Samantha Gerstetter et al.
v.
Sisters of St. Francis Health Services, Inc. et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Stacy Gerstetter, as parent and next friend of Samantha Gerstetter-Menzyk, a minor and Stacy Gerstetter, individually

| | |
|---|---|
| NAME (Type or print) <br> Robert D. Kreisman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert D. Kreisman | |
| FIRM <br> Kreisman Law Offices | |
| STREET ADDRESS <br> 55 W. Monroe St., Suite 3720 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1529269 | TELEPHONE NUMBER <br> 312-346-0046 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |