

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Stacy Gerstetter, as parent and next friend of Samantha Gerstetter-Menzyk, a minor and Stacy Gerstetter, individually
v.
Sisters of St. Francis Health Services Inc et al

Case Number: 08-CV-00432

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sisters of St. Francis Health Services, Inc., a corporation d/b/a St. James Hospital & Health Center

FILED
FEB 05, 2008
FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Olga Camp | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ocp | |
| FIRM Hepler, Broom, MacDonald, Hebrank, True & Noce, LLC | |
| STREET ADDRESS 150 N. Wacker Drive, Suite 3100 | |
| CITY/STATE/ZIP Chicago / IL / 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6282612 | TELEPHONE NUMBER 312-201-5775 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |