# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Stacy Gerstetter, as parent and next friend of Samantha Gerstetter-Menzyk, a minor and Stacy Gerstetter

Case Number: 08-cv-00432

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sisters of St. Francis Health Services, Inc., a corporation d/b/a St. James Hospital & Health Centers

**FILED**
Feb 5, 2008
FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Catherine C. Reiter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Catherine C. Reiter |
| FIRM |
| Hepler, Broom, MacDonald, Hebrank, True & Noce LLC |
| STREET ADDRESS |
| 150 N. Wacker Dr. Suite 3100 |
| CITY/STATE/ZIP |
| Chicago / IL / 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128735 | 312-205-7708 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☒ | ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐