CCR/OGC/ks/jl                    55176.05

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

STACY GERSTETTER, as parent and )
Next friend of SAMANTHA )
GERSTETTER-MENZYK, a minor, and )
STACY GERSTETTER, individually, )      Court No.: 08 C 432
           Plaintiffs, )
       v. )
SISTERS OF ST. FRANCIS HEALTH )
SERVICES, INC., a corporation d/b/a )
ST. JAMES HOSPITAL & HEALTH )
CENTERS, JOEY ROTTMAN, D.O., )
and EMMANUEL JAVATE, M.D., )
           Defendants, )

### ANSWER TO PLAINTIFF'S FIRST NOTICE FOR PRODUCTION

NOW COMES  Defendant, SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., d/b/a ST. JAMES HOSPITAL & HEALTH CENTERS by and through its attorneys, HEPLER, BROOM, MACDONALD, HEBRANK, TRUE & NOCE, LLC, and for its Answer to Plaintiff's First Notice for Production states as follows:

1.     All oral or written statements of any party which were given or transferred to some person or entity other than an attorney for the party.

**ANSWER:**   None other than what is contained in the Plaintiffs' medical records and may be construed as such.

2.     The statement of any other witness, except parties to this action.

**ANSWER:**   None other than what is contained in the Plaintiffs' medical records and may be construed as such.

3.      All photographs, slides or motion pictures or video tapes taken of any party, or any other physical objects involved in the alleged occurrence.

**ANSWER:**    None other than what is contained in the Plaintiffs' medical records and may be construed as such.

4.      All data relating to the physical or mental condition of any Plaintiff prior and subsequent to the alleged occurrence.

**ANSWER:**    None other than what is contained in the Plaintiffs' medical records and may be construed as such.

5.      A list giving the names, addresses and specialties of all expert witnesses, other than non-treating, purely consulting experts who will not testify at trial and/or arbitration.

**ANSWER:**    None at this time.  To be supplemented in accordance with the case management order.

6.      All letters, notes, memoranda or other records of the Defendant or any other medical care provider, relating to the Plaintiff.

**ANSWER:**    None other than what is contained in the Plaintiffs' medical records and may be construed as such.  Investigation is ongoing.

7.      Copies of all articles, treatises, books or other documents which will be used at any depositions or at the trial and/or arbitration of this cause either on direct or cross examination.

**ANSWER:**    None at this time.  To be supplemented in accordance with the case management order.

8.    All records of the Plaintiff's in-patient or out-patient hospital care, if any, including but not limited to the emergency room records, front sheet, graphic chart, medical history progress notes, laboratory reports, consultant's reports, incident reports and nurses' notes.

**ANSWER:**    Attached please find a copy of Plaintiffs' medical records obtained by St. James Hospital and Health Centers.

9.    All records of the Plaintiff's in- or out-patient care at any other health care institution before and after the date of the alleged occurrence.

**ANSWER:**    None at this time.

10.    All office records of any Defendant including, but not limited to, appointments, office visits of the Plaintiff's, laboratory and consultant reports, x-rays and copies of records of other doctors, hospitals or medical facilities.

**ANSWER:**    Attached please find a copy of Plaintiffs' medical records obtained by St. James Hospital and Health Centers.

11.    The curriculum vitae of all experts who will testify on the behalf of any Defendant.

**ANSWER:**    None at this time.  To be supplemented in accordance with the case management order.

12.    All reports and documents prepared by the experts who St. James intends to call at trial and/or arbitration.

**ANSWER:**    None at this time.  To be supplemented in accordance with the case management order.

3

13.    All rules, regulations or guidelines of any public authority which you may used during or at the trial and/or arbitration of this action, whether during direct or cross examination.

**ANSWER:**    None at this time.

14.    All rules, regulations, guidelines, by-laws or other documents of any association, licensing authority, accrediting authority, inspecting or reviewing authority or other private body which you may use during depositions or at the train and/or arbitration of this action, whether during direct or cross examination.

**ANSWER:**    None at this time.

15.    All by-laws governing Defendant hospital in effect on the date of the alleged occurrence and all amendments and changes to those by-laws enacted after the date of the occurrence.

**ANSWER:**    Objection. Overly broad and unduly burdensome of period and procedure type. However, without waiving said objection, investigation continues.

16.    All labor and delivery policies and protocols and all radiology policies and protocols applicable on the date of the incident complained of.

**ANSWER:**    Attached are the indices for patient care service manual and the department of radiology. Upon request, the hospital will produce any relevant materials and policies.

Respectfully submitted,

HEPLER, BROOM, MACDONALD,
HEBRANK, TRUE & NOCE, LLC

By: Olga G. Camp


HEPLER BROOM MACDONALD HEBRANK TRUE & NOCE, LLC
Attorneys for Defendant
Sisters of St. Francis Health Services, Inc., d/b/a
St. James Hospital & Health Centers
150 North Wacker Drive - Suite 3100
Chicago, Illinois 60606
Telephone: (312) 230-9100

Table of Contents – Maternity Services Policies and Procedures
Lullaby Birthplace- Chicago Heights Campus
St. James Hospital and Health Center

| Policy # | Effective Date | Title |
|---|---|---|
| MS-101 | 07/01/97 | Abdominal Palpation |
| MS-001 | 09/02/99 | Abortion Spontaneous |
| | 03/98 | Administration of Hyperalimentation Fluids in SCN |
| | | Admission and Preoperative Management of Patient for Scheduled C/Section |
| | | Admission of Antepartum Patient to Post Partum |
| | | Admission of Baby from Perinatal Center |
| | | Admission of Delivered Patient to Post Partum |
| | 10/98 | Admission of Gyne Patients to Post Partum |
| | 02/03/03 | Admission of Neonate to Intermediate Care Nursery |
| | 02/03/03 | Admission of Neonate to Special Care Nursery |
| | 09/25/02 | Admission of Newborn to Nursery |
| | | Admission of Obstetrical Patient to LDRP Suite |
| ED-029 | 11/12/98 | Admission to Labor and Delivery Unit from the Emergency Dept. |
| MS-003 | 09/25/02 | Admission to OB Department, Criteria |
| | | Adoption |
| MS-005 | 04/05/00 | Adverse Pregnancy Outcomes |
| | | Amniocentisis |
| | | Amnioinfusion |
| | | Amniotomy |
| MS-110 | 05/01/99 | Anesthesia: Spinal |
| MS-112 | 09/25/02 | Antenatal Testing |
| | | Apgar Scoring |
| IC-845 | 02/24/00 | Asepsis |
| IC-846 | 02/24/00 | Aseptic Practices |
| MS-114 | 07/01/97 | Assignment/Nursing Report |
| | | Baptism of Infants |
| | 03/27/03 | Bath - Initial |
| | | Bath – Daily |
| | | Blood Cultures, Collection from Neonates |
| | | Blood and Blood Component Administration |
| MS-0090 | 09/02/97 | Blood Transfusion (Whole Blood or Packed Cells) in the Neonate |
| | | Breast Feeding |
| | | Breast Pump |
| | | Breast Pump – Use by Employees |
| | | Capillary Blood Gases |
| MS-0120 | 09/02/97 | Cardiopulmonary Monitoring of the Newborn in the NICU |
| | | Cervidil, Administration of |
| | | C/Section: Emergency |
| | | C/Section, Incisional Site Preparation |
| | | C/Section, Management of Neonate |
| MS-120 | 07/01/97 | C/Section: Scheduled |

| | | |
|---|---|---|
| MS-121 | 05/01/99 | C/Section: Significant Other Person in Attendance |
| | | Chest Tube Insertion |
| | | Circumcision, Neonate |
| | | Circumcision, Pain Management in Neonate |
| | | Cleaning and Disinfecting of Neonatal Beds |
| | | Cleaning and Preparation of Delivery Rooms/LDRP Suites |
| EP-58 | 07/01/01 | Code Pink |
| | 10/30/03 | Collection of Cord Blood |
| MS-126 | 05/01/99 | Consent to Witness Delivery and to Take Photographs, Movies |
| | | and of Slides of Patient's Delivery |
| MS_021 | 09/02/97 | Cover Gown |
| | | Cytotec, Cervical Ripening |
| | | Cytotec, Post Partum Hemorrhage |
| | | Deliveries Outside the Hospital |
| | | Delivery Room Preparation |
| MS-022 | 10/08/02 | Diabetic Teaching |
| MS-023 | 07/01/97 | Dietary: Management for Maternal and Newborn |
| | | Discharge: PACU Patient |
| | | Discharge Nursery Authorization |
| | | Discharge of Neonate |
| | | Discharge of Neonate from Special Care |
| MS-134 | 05/01/99 | Discharge of Undelivered Patient from Labor Room |
| MS-024 | 09/05/97 | Discharge Planning: Normal Newborn and High Risk Infant |
| MS-025 | 05/01/99 | Discharge Planning: Obstetrical Patient |
| | | Discharge: Neonate, Prior to 24 Hours of Age |
| 2005 | 12/01 | Disposition of Tissue from Miscarriage or Fetal Demise |
| MS-029 | 10/08/02 | Documentation: Diabetes Teaching Summary Board |
| | | Documentation: PIE System |
| | 11/01/03 | Dress Code in the LBP |
| | | Electro-Surgical Grounding |
| | | Emergency Supplies and Equipment |
| | | Endotracheal Suction of Infant on Ventilator |
| | | Epidural Anesthesia for Labor and Delivery |
| | | Equipment: Preventative Maintenance |
| | | Exchange transfusion in the Neonate |
| IC-806 | 11/21/00 | Eye Crede: Newborn |
| MS-033 | 09/05/97 | Eye Exams for Newborns on Oxygen Therapy |
| | | Fetal Heart Rate Monitoring |
| | 05/15/01 | Fetal Heart Rate Monitoring Off of Unit |
| | | Fetal Oxygen Saturation Monitoring with OxiFirst System |
| | 03/98 | Fire Disaster Plan for Obstetrics |
| | | Formula Feeding |
| | | Gavage Feeding |
| | | Glucose Screening: Neonatal |
| | 10/30/03 | GBBS Positive Protocol for Neonates |
| MS-101 | 11/21/00 | Handwashing Guidelines |
| | | Hearing Screening, Neonatal |
| | | Hepatitis B Prophylaxis, Perinatal |
| MS-141 | 05/01/99 | Hemorrrhage: Antepartum |
| MS-038 | 05/01/99 | Heparin Flush Solution, Use of Neonatal |
| MS-142 | 07/01/97 | Hepatitis Screening of Antepartum Patients ( AM-0215) |
| MS-143 | 07/01/97 | Hepatitis Screening of Intrapartum Patients |
| MS-040 | 09/12/97 | Home Management of Hypertension, PIH |
| | | Hypoglycemia in Neonate (see: Neonatal Glucose Screening) |
| MS-030 | 09/02/97 | Hypertension, Pregnancy Induced Hypertension Teaching |
| | | Ice Packs, Application to Perineum |

| | | |
|---|---|---|
| | | Identification of Mother and Newborn |
| MS-145 | 07/01/97 | Indocin (Indomethacin) Therapy for Tocolysis for Preterm Labor |
| | | Induction/Augmentation of Labor, Administration of Pitocin |
| | | Infants, Change of Surname |
| IC-804 | 05/02/00 | Infection Control, Newborn Nursery |
| | | Internal Fetal Spiral Electrode |
| | | Intralipids |
| | | Intraoperative Report |
| | | Intrapartum Assessment in LDRP unit, Maternal and Fetal |
| MS-148 | 07/01/97 | Intrapartum Care of Diabetic Patient |
| MS-149 | 09/25/02 | Intrapartum Care of the PIH Patient |
| MS-150 | 10/01/98 | Intrapartum/Postpartum Care if HIV Positive Patients |
| MS –043 | 09/02/97 | Intravenous Administration: Use of PRN Adapters |
| | | Intravenous Infusion of Neonates (peripheral veins) |
| MS-151 | 05/01/99 | Intravenous Medication: General Guidelines |
| MS-045 | 05/01/99 | Intravenous Medication in Nursery |
| | | Isolation Technique for Labor and Delivery |
| | | Latex Allergy/Sensitivity, Treatment of Patients with |
| MS-156 | 05/01/99 | LDR: Proper Attire |
| IC-812 | 05/02/00 | Linens, Nursery |
| | | Magnesium Sulfate: IV Administration for Management of PIH, Pre-eclampsia and Eclampsia |
| | | Magnesium Sulfate: IV Administration for Management of Preterm Labor |
| | | Malignant Hyperthermia |
| MS-158 | 05/01/99 | Meconium Aspiration |
| | | Meconium Stained Amniotic Fluid, Management of Neonate |
| MS-089 | 05/01/99 | Medical Records, Nursery |
| | | Medication, Administration via Intra Vessel |
| MS-050 | 09/12/97 | Medication: Intramuscular for Newborn |
| | 09/09/03 | Mothers with Elevated Temperatures |
| | | Neonatal Screening (Metabolic) |
| | | Neonatal Hearing Screening |
| | | Newborn in Delivery Room |
| | | Nitrazine Testing of Amniotic Fluid |
| | | Nitroglycerin for Uterine Relaxation |
| | | Non-stress Test |
| | | Nuchal Cord, Emergency Severing of |
| | 01/99 | Nurse Circulator – Responsibilities in the treatment of patients with latex allergy/sensitivity |
| MS-055 | 09/12/97 | Nursing Care Postpartum, |
| MS-163 | 05/01/99 | OB Laboratory Work Recommended |
| MS-164 | 05/01/99 | Observation Patients |
| MS-165 | 07/01/97 | Orientation: Nursing Staff, Labor and Delivery |
| MS-190 | 03/01/98 | Orientation: OB Technician |
| MS-056 | 09/12/97 | Orientation: Nursing Staff, maternal Child |
| MS-058 | 05/01/99 | Oxygen Analyzer Calibration an d Service |
| | | Oxygen Therapy in the Neonate |
| | | Oxygen Therapy: Laboring Woman |
| MS-166 | 10/23/98 | Oxytocin Challenge Test |
| | 06/03/03 | Patient Charges in the Lullaby Birthplace |
| | | Pediatrician/Neonatologist Attendance at Delivery |
| | | Perineal Care |
| | | Perineal Care, Self |
| | | Perineal Shave |
| | | Phototherapy |
| | | Perinatal Rapid HIV Counseling/Testing |

| | | |
|---|---|---|
| MS-168 | 07/01/97 | Physician's Orders, Transcription Process |
| | | Placenta, Guidelines for sending to Pathology |
| MS-171 | 09/25/02 | Pre-eclampsia and Eclampsia |
| | | Premature/Extremely Small Infants, Guidelines for Treatment |
| MS-172 | 09/25/02 | Pre-natal Records |
| MS-173 | 05/01/99 | Pre-term Labor Patients, Care of |
| | | Prolapsed Cord |
| MS-175 | 07/01/97 | PROM or Suspected PROM Protocol, Not in Active Labor |
| | | Prostaglandin Suppositories for Induction of Labor |
| MS-178 | 07/01/97 | Pudendal Block |
| | | Pulse Oximetry |
| | | Radiology Procedure in NICU |
| MS-179 | 07/01/97 | Recovery Room, Care of OB Patient |
| MS-064 | 10/01/98 | Rectal Suppositories, Insertion in Newborn |
| | | Rh Type, Pregnant Women |
| | | Rooming-in |
| MS-069 | 09/12/97 | Rupture of Bag of Waters after 18 Hours, Infant Care |
| IC-810 | 05/02/00 | Scales, Care of Neonatal |
| | | Separation, infant-Maternal After Delivery |
| MS-072 | 09/12/97 | Sitz Bath, Portable |
| | | Spinal Tap            *Shaken Baby Syndrome* |
| | 09/25/02 | Sponge, Needle, and Instrument Count |
| MS-182 | 07/01/97 | Staffing: Labor and Delivery Unit |
| MS-073 | 09/12/97 | Staffing: Maternal /Child Unit |
| | | Stillborn/Neonatal Death, Postmortem Care |
| | 09/25/02 | Suctioning of the Neonate with Suction Bulb or DeLee Trap |
| | | Surfactant Administration |
| | | Surgery Attire |
| IC-849 | 02/24/00 | Surgical Handscrub |
| | | Surgical Observers |
| | | Skin Prep |
| | | Teaching, Patient in LDRP |
| MS-075 | 09/12/97 | Temperature, Taking of Infant |
| | | Tocolytics, Administration of Oral |
| | | Traffic Control, Obstetrical Operative |
| | | Transfer of High Risk OB and Neonatal Patients to a Tertiary Care Center |
| | | Transfer of Newborn to Required Services |
| | | Umbilical Artery Line Insertion |
| | | Umbilical Catheter, Withdrawing Blood for Gases or Lab |
| | | Urine Specimen Collection for Neonates |
| | | Vaginal Delivery, Care of Patient During |
| | | Vaginal Delivery, Emergency performed by Registered Nurse |
| MS-187 | 10/30/03 | Vaginal Delivery following a previous C/Section (VBAC) |
| | | Vaginal Examination of Laboring Patient |
| MS-084 | 09/12/97 | Vaginal Packing: Insertion and Removal |
| | 09/25/02 | Ventilation-Mechanical, Care Of Infant |
| MS-189 | 05/01/99 | Version- External |
| | | Visitation – Lullaby Birthplace |
| | | Visitation – Nursery |
| | | Visitation – Sibling |
| | | Whirlpool Tub, Use of for Labor Pain Relief |

Revised 11/20/03

# ST. JAMES HOSPITAL AND HEALTH CENTERS
## DEPARTMENT OF DIAGNOSTIC IMAGING
### CHICAGO HEIGHTS/ OLYMPIA FIELDS
#### GUIDELINES

| POLICY # | ORGANIZATIONAL PERFORMANCE | LAST REVIEW DATE | | |
|---|---|---|---|---|
| | POLICY | | | |
| 1.1 | SCOPE OF SERVICES | 1/02 | | |
| 1.2 | MEDICAL DIRECTOR | 1/02 | | |
| | ORGANIZATIONAL CHART | 1/02 | | |
| 2.0 | ENVIRONMENT | | | |
| 2.1 | BOMB THREAT | 1/02 | | |
| 2.2 | CARE OF EQUIPMENT/QUALITY CONTROL | 1/02 | | |
| 2.3 | EQUIPMENT MAINTENANCE & INSPECTION | 1/02 | | |
| 2.4 | DISASTER PLAN | 1/02 | | |
| 2.5 | FIRE & EXPLOSION PLAN | 1/02 | | |
| 2.6 | HANDLING TOXIC SUBSTANCES | 1/02 | | |
| 2.7 | INSPECTION OF LEAD DEVICES | 2/04 | | |
| 2.8 | PROTECTION AGAINST ELECTRICAL HAZARDS | 1/02 | | |
| 2.9 | PROTECTION AGAINST MECHANICAL HAZARDS | 1/02 | | |
| 2.10 | RADIATION SAFETY GUIDELINES | 1/02 | | |
| 2.11 | SILVER RECOVERY & SCRAP FILM PROGRAM | 1/02 | | |
| 2.12 | GLUTARALDEHYDE (CIDEX) | 1/02 | | |
| ADMIN | HAZARDOUS MATERIAL &WASTE MANAGEMENT PLAN | | | |
| | | | | |
| 3.0 | HUMAN RESOURCES | | | |
| 3.1 | CERTIFICATION OF TECHNOLOGISTS | 12/03 | | |
| 3.2 | DRESS CODE | 1/02 | | |
| 3.3 | GENERAL ADMINISTRATIVE GUIDELINES | 10/03 | | |
| 3.4 | HOLIDAYS | 1/02 | | |
| 3.5 | IONIZING RADIATION & THE PREGNANT RADIATION WORKER | 1/02 | | |
| 3.6 | ORIENTATION & COMPETENCIES FOR EMPLOYEES | 1/02 | | |
| 3.7 | OSHA JOB CLASSIFICATIONS | 1/02 | | |
| 3.8 | PHYSICIAN PRIVILEGES IN THE DEPARTMENT OF DIAGNOSTIC IMAGING | 1/02 | | |
| 3.9 | STUDENT RADIOLOGIC TECHNOLOGISTS | 1/02 | | |
| 3.10 | VACATIONS | 1/02 | | |
| 3.11 | REGISTERED NURSE IN DIAGNOSTIC IMAGING | 1/02 | | |
| 4.0 | PATIENT ADVANCED DIRECTIVES | | | |
| 4.1 | DNR | 1/02 | | |
| ADMIN | ADVANCED DIRECTIVES | | | |
| ADMIN | PATIENT BILL OF RIGHTS | | | |
| 5.0 | CARE OF THE PATIENT | | | |
| 5.1 | COLON EXAMINATION AFTER SIGMOIDOSCOPY | 1/02 | | |
| 5.2 | CONFIDENTIALITY | 1/02 | | |
| 5.3 | CONSCIOUS SEDATION | 1/02 | | |

# ST. JAMES HOSPITAL AND HEALTH CENTERS
## DEPARTMENT OF DIAGNOSTIC IMAGING
### CHICAGO HEIGHTS/ OLYMPIA FIELDS
#### GUIDELINES CON'T

| | | | |
|---|---|---|---|
| ADMIN | CONSCIOUS SEDATION | | |
| 5.4 | CREATIN & BUN LEVELS | 1/02 | |
| 5.5 | CRITICALLY ILL PATIENTS | 1/02 | |
| 5.51 | CYSTOGRAMS, VOIDING CYSTOGRAMS | 6/03 | |
| 5.6 | CT ORAL CONTRAST | 1/02 | |
| 5.7 | CONSUMER COMPLAINT MECHANISM | 1/02 | |
| 5.8 | DEXA SCAN FOR OSTEOPOROSIS | 1/02 | |
| 5.9 | EMERGENCY DRUGS & EQUIPMENT | 1/02 | |
| 5.10 | ENEMA TIPS | 1/02 | |
| 5.11 | FEMALES IN CHILDBEARING AGE | 2/03 | |
| 5.12 | GLUCOPHAGE & IV CONTRAST | 1/02 | |
| 5.13 | INFORMED CONSENT | 1/02 | |
| 5.14 | INJECTION OF CONTRAST BY NON PHYSICIAN | 1/02 | |
| 5.15 | IV CONTRAST | 1/02 | |
| ADMIN | LATEX SENSITIVITY | | |
| 5.16 | MEDICATION ADMINISTRATION BY NON PHYSICIAN | 9/03 | |
| 5.17 | MRI & HEARING | 1/02 | |
| 5.18 | MRI & PREGNANCY | 1/02 | |
| 5.19 | MRI SAFETY | 1/02 | |
| PHARM | NARCOTICS | | |
| 5.20 | ON CALL HOURS | 11/03 | |
| 5.21 | PAIN ASSESSMENT | 1/02 | |
| 5.22 | PATIENT ASSESSMENT | 1/02 | |
| 5.23 | PATIENT EDUCATION | 1/02 | |
| 5.24 | PATIENT PRIORITY | 1/02 | |
| 5.25 | PATIENT PRIVACY | 1/02 | |
| 5.26 | PREMEDICATION PROTOCOL | 1/02 | |
| 5.27 | PICC LINE INSERTION | 3/03 | |
| 5.28 | POLICE SUPERVISION | 1/02 | |
| 5.29 | PRE & POST EXAMINATION INSTRUCTIONS | 1/02 | |
| ADMIN | RESTRAINTS | | |
| 5.30 | SPECIAL PROCEDURES | 1/02 | |
| 5.31 | SUSPECTED ADULT & CHILD ABUSE | 1/02 | |
| ADMIN | SUSPECTED CHILD ABUSE | | |
| ADMIN | SUSPECTED ELDER ABUSE | | |
| 5.32 | SUCTION UNIT USE | 1/02 | |
| 5.33 | TRANSPORTATION OF PATIENTS | 1/02 | |
| 5.34 | VIEWING OB ULTRASOUND | 1/02 | |
| 5.35 | WORKFLOW FOR IMAGING PATIENTS | 1/02 | |
| 5.36 | WEIGHT LIMITS | 1/02 | |
| 5.37 | BREAST SELF EXAMINATION | 1/02 | |
| 5.38 | BREAST IMPLANTS | 1/02 | |
| 5.39 | MAMMOGRAPHY QA & QC | 1/02 | |

| | ST. JAMES HOSPITAL AND HEALTH CENTERS<br>DEPARTMENT OF DIAGNOSTIC IMAGING<br>CHICAGO HEIGHTS/ OLYMPIA FIELDS<br>Guidelines con't | | |
|---|---|---|---|
| 5.40 | NEEDLE LOCALIZATIONS-BREAST | 1/02 | |
| 5.41 | PERFORMING A MAMMOGRAM | 1/02 | |
| 5.42 | SELF REFERRALS FOR MAMMOGRAMS | 1/02 | |
| 5.43 | REPORTING ADVERSE REACTIONS TO CONTRAST MEDIA | 2/02 | |
| 5.44 | BLOOD THINNING AGENTS | 7/03 | |
| 5.45 | MRI-SCREENING & PATIENT INFORMATION | 4/03 | |
| 5.46 | PASPORT INSERTION | 10/03 | |
| 5.5 | CRITICALLY ILL PATIENT | 1/02 | |
| 5.51 | CYSTOGRAMS, VOIDING CYSTOGRAMS | 8/03 | |
| 5.6 | CT ORAL CONTRAST | 1/02 | |
| 5.7 | CONSUMER COMPLAINT | 1/02 | |
| 5.8 | DEXA SCANS | 1/02 | |
| 5.9 | EMERGENCY DRUGS | 1/02 | |
| 6.0 | MANAGEMENT OF INFORMATION | | |
| 6.1 | DOWNTIME ORDER ENTRY | 3/04 | |
| 6.2 | DOWNTIME TRANSCRIPTION | 11/03 | |
| 6.3 | ELECTRONIC SIGNATURE | 1/02 | |
| 6.4 | FILM RELEASE IN HOUSE | 11/03 | |
| 6.5 | FILM RETENTION | 1/02 | |
| 6.6 | FLUOROSCOPIC, C-ARM INTERPRETIVE REPORTS | 1/02 | |
| 6.7 | MEDICAL OUTCOMES AUDIT & TRACKING | 1/02 | |
| 6.8 | OUTSIDE FILMS RECEIVED | 11/03 | |
| 6.9 | POSITIVE MAMMOGRAPHIC RESULTS | 1/02 | |
| 6.10 | RELEASE OF FILMS | 1/02 | |
| 6.11 | REPORTING INTERPRETIVE RESULTS | 1/02 | |
| 6.12 | REQUESTING IMAGING SERVICES | 1/02 | |
| 6.13 | TELERADIOGRAPHY EQUIPMENT | 1/02 | |
| 6.14 | PHYSICIAN REQUEST FOR INFORMATION | 4/03 | |
| 6.15 | AUTHORIZATION | 5/03 | |
| 7.0 | INFECTION CONTROL | | |
| 7.2 | CLEANING & DISINFECTION FOR MAMMOGRAPHY | 1/02 | |
| ADMIN | INFECTION CONTROL | | |
| 7.4 | SHARPS | 1/02 | |
| 7.5 | SPECIMENS | 1/02 | |
| 7.6 | STERILE SUPPLIES | 1/02 | |
| 7.7 | DISINFECTING ULTRASOUND TRANSDUCERS | 1/02 | |
| ADMIN | UNIVERSAL PRECAUTIONS | | |

In-House Grant #: 330-0006

# St. James Hospital and Health Centers and Access Community Health Network Sub-Contract Agreement

**Project Title:**     **South Suburban Health Consortium (Community Access Program)**

**Funder:**     **Department of Health and Human Services-HRSA (Health Resources & Service Administration (Grant No. G92OA00172-02-00)**

**Contract Amount:**     **$153,492.00**

This agreement is between St. James Hospital and Health Centers with its principal address at address at 1423Chicago Road, Chicago Height, Illinois 60411 and Access Community Health Network (ACCESS) with its principal office at 1501 South California, Chicago, Illinois 60608-1797.

Whereas, St. James Hospital and Health Centers as a member of the South Suburban Health Consortium and Access Community Health Network, fiscal agent for the Consortium, agrees to work together and to develop an expanded, integrated, safety net provider network to serve a growing area of need radiating through out the south suburban region of Cook County, Illinois and to deliver services as prescribed through the HCAP grant proposal awarded funding from Fiscal Year 2004 by the U.S. Department of Health and Human Services, Health Resources & Services Administration (HRSA). The HCAP Project intends to leverage the resources of the PHS 330 program to develop and expanded, sustainable, high quality, culturally competent comprehensive preventive and primary care system for low income and underinsured residents of the area.

Both parties agree to the following:

1.     **Effective Date:**
    This agreement is effective *September 1, 2003* through *August 31, 2004*.

    The overall expected project period is from September 1, 2003 through August 31, 2004 dependent upon future funding approval from Department of Health and Human Services-HRSA. Extensions to this subcontract will be pending approval of continued funding throughout the entire project period.

2.     **Scope of Service/Contract Deliverables:**
    *Access Community Health Network agrees to:*
    a.     Provide, through out the contractual project period(s), oversight of the development and maintenance of the program.
    b.     Coordinate all program evaluation and research, when appropriate.
    c.     Provide programmatic and fiscal reporting on the project to program funder(s).

    *St. James Hospital and Health Centers agrees to*:
    a.     Participate in implementation of the South Suburban Health Consortium to develop and expand an integrated, safety net provider network I the south suburban area of the Chicago Metropolitan area with an emphasis on Chicago Heights;
    b.     Participate in a monthly consortium meetings and participated in subcommittees meeting as needed;
    c.     Submit periodic project status reports to the project director/coordinator

**In-House Grant #: 330-0006**

      d.     Hire and maintain one RN clinical educator (1.0 FTE @ $45,500 and 24% fringe [$10,920] equaling $56,420);

      e.     Hire and maintain three lay advocates (3.0 FTE @ $22,600 and 24% fringe [$16,272] equaling $84,072);

      f.     Provide other project related services as needed that are itemized in the St. James Hospital's project budget as follows: occupancy ($10,000), supplies ($1,000), and travel ($2,000) expenses totaling $13,000.

**3.**    **Payment**

The projected contractual amount payable to St. James Hospital and Health Centers is $153,492. This is based upon established/negotiated reimbursement rate(s).

The contractual project period(s) and projected yearly amount(s) is as follows:

      a) **Contract year 2** (September 1, 2003 through August 31, 2004) for $153,492

St. James Hospital and Health Centers will be reimbursed on a monthly basis from contract initiation provided scopes of service/contract deliverables are met. Reimbursement request forms (i.e. invoices, vouchers) and supporting documentations must be submitted to Access Community Health Network by the 10th of every month for reimbursement at the end of the month. **Vouchers not received by the 10th of the month will be paid the following month. Vouchers without supporting documentation will not be processed for payment.**

**4.**    **Financial Reporting Requirements**

    a)    Access Community Health Network will reimburse St. James Hospital and Health Centers based upon reimbursement request forms received.

        i.    <u>Supporting documentations (i.e. payroll registers, supplies receipts, travel receipts, etc.) must be attached to the reimbursement request forms.</u>

        ii.   All reimbursement request forms must be received within <u>60 days</u> of the end of the contract period in order to be processed by Access Community Health Network.

        ii.   Funds for the contract period may not be carried into another year.

**5.**    **Program Reporting Requirements**

    a.)   St. James Hospital and Health Centers will submit program reports to Access Community Health Network at least monthly with each reimbursement request form.

    b)    Access Community Health Network and St. James Hospital and Health Centers will meet as needed to review programmatic and fiscal goals.

**6.**    **Right of Audit**

    a)    ACCESS may request, and St. James Hospital and Health Centers will supply, upon request, necessary information and documentation regarding transactions constituting contractual, paid for with funds received hereunder.

    b)    St. James Hospital and Health Centers agrees to make books, records, and supporting documentation relevant to this Agreement available to authorized Department representatives, auditors, and any other person as may be authorized, by the Department. St. James Hospital and Health Centers will cooperate fully in any such audit.

**In-House Grant #: 330-0006**

7.   **Cancellation of this Agreement**
     Access Community Health Network and St. James Hospital and Health Centers agree that
     either party may terminate participation in this agreement for any reason by a written notice of
     intent submitted 60 days before said termination.

     Withdrawal/non-renewal of funding from Centers for Disease Control will result in the
     termination of this agreement.

8.   **Liability**
     a)   Access Community Health Network assumes no financial or legal liability for any
          clinical, financial, administrative or other actions of St. James Hospital and Health
          Centers under this agreement.
     b)   St. James Hospital and Health Centers agrees to hold harmless Access Community
          Health Network against any and all liability, loss, damages, cost or expenses, including
          attorney's fees, arising from the acts or negligence of St. James Hospital and Health
          Centers.

9.   This agreement constitutes the final agreement. Any and all prior agreements pertaining to this
     sub-contract agreement is invalid. Amendments to this agreement shall be effective only when
     they are in writing, signed and dated by the Executive Director or President/CEO, or authorized
     signatories of both organizations.


**SIGNATURES:**

_____          _____
Peter Murphy                             C. Michael Savage
President, Chief Executive Officer        Chief Executive Officer
St. James Hospital and Health Centers     Access Community Health Network

_3/2/04_____          _3/8/04_____
Date                                     Date


**2003-04 (Year II) HRSA-HCAP Contract: St. James Hospital and Health Centers**