CCR/OGC/jl  55176.05

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STACY GERSTETTER, as parent and Next friend of SAMANTHA GERSTETTER-MENZYK, a minor, and STACY GERSTETTER, individually,<br>    Plaintiffs,<br>v.<br>SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., a corporation d/b/a ST. JAMES HOSPITAL & HEALTH CENTERS, JOEY ROTTMAN, D.O., and EMMANUEL JAVATE, M.D.,<br>    Defendants, | Court No.: 08 C 432 |

### NOTICE OF FILING

TO: See Attached Service List

**PLEASE TAKE NOTICE** that on the 27ʰ day of March, 2008, we electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, **Defendant Sisters of St. Francis HelathServices,Inc., a corporation d/b/a St. James Hospital and Health Centers, Chicago Heights Campus' Answers to Plaintiffs' Interrogatories and Answers to Plaintiff's First Notice for Production,** copies of which are attached hereto and herewith served upon you.

           s/Jennifer Lofgren

Olga G. Camp
HEPLER·BROOM·MACDONALD·HEBRANK·TRUE·NOCE, LLC
Attorneys for Sisters of St. Francis HelathServices,Inc., a corporation d/b/a St. James Hospital and Health Centers, Chicago Heights Campus
150 North Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 230-9100
Fax: (312) 230-9201
E-Mail: ogc@heplerbroom.com