UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STACY GERSTETTER, as parent and next friend of SAMANTHA GERSTETTER-MENZYK, a minor, and STACY GERSTETTER, individually,<br><br>　　　　　　　Plaintiffs,<br>　　　v.<br><br>SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., a corporation d/b/a ST. JAMES HOSPITAL & HEALTH CENTERS, and the UNITED STATES of AMERICA,<br><br>　　　　　　　Defendants. | No.   08 C 00432<br><br>Judge Bucklo |

**UNITED STATES' MOTION TO DISMISS**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

　　　The United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this court, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss this action for lack of subject matter jurisdiction inasmuch as plaintiffs have not exhausted administrative remedies.  A memorandum is filed in support of this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:  s/ Jack Donatelli
　　　　　　　　　　　　　　　　　　　　JACK DONATELLI
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　(312) 353-4220
　　　　　　　　　　　　　　　　　　　　jack.donatelli@usdoj.gov