UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STACY GERSTETTER, as parent and next friend of SAMANTHA GERSTETTER-MENZYK, a minor, and STACY GERSTETTER, individually, | ) ) ) ) ) | |
| Plaintiffs, | ) | No.   08 C 00432 |
| v. | ) ) | Judge Bucklo |
| SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., a corporation d/b/a ST. JAMES HOSPITAL & HEALTH CENTERS, and the UNITED STATES of AMERICA, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Robert D. Kreisman                    Helper Broom
      55 West Monroe Street, Suite 3720     150 North Wacker, Suite 3100
      Chicago, IL 60603                     Chicago, IL, 60606
      Attorney for plaintiff               Attorney for defendant Sisters of St. Francis
                                           Health Services

        Take notice that I will appear before Judge Bucklo on Thursday, April 17, 2008, at 9:30 a.m.

in courtroom 1441 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago,

Illinois, and present the United States' Motion to Dismiss For Lack of Subject Matter Jurisdiction.

                                Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

                                By:  s/ Jack Donatelli
                                     JACK DONATELLI
                                     Assistant United States Attorney
                                     219 South Dearborn Street
                                     Chicago, Illinois 60604
                                     (312) 353-4220
                                     jack.donatelli@usdoj.gov