UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STACY GERSTETTER, as parent and next friend of SAMANTHA GERSTETTER - MENZYK, a minor, and STACY GERSTETTER, individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 00432 |
| SISTERS OF ST. FRANCIS HEALTH SERVICES, INC., a corporation d/b/a ST. JAMES HOSPITAL & HEALTH CENTERS, and the UNITED STATES of AMERICA, | ) ) ) ) ) ) | Judge Bucklo |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

To:   Jack Donatelli                           Helper Broom
      Assistant United States Attorney         150 North Wacker, Suite 3100
      219 South Dearborn Street                Chicago, IL  60606
      Chicago, IL  60604

NOW COMES plaintiff, Stacy Gerstetter, as parent and next friend of Samantha Gerstetter-Menzyk, a minor and Stacy Gerstetter, individually, by her attorney, Robert D. Kreisman of Kreisman Law Offices, and pursuant to Federal Rules of Civil Procedure, Rule 41, submits this Notice of Dismissal without prejudice and without costs.

Respectfully submitted,

s/Robert D. Kreisman
Kreisman Law Offices
55 W. Monroe St., Suite 3720
Chicago, IL  60603
(312) 346-0045
bob@robertkreisman.com